IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| CURT ORSON BANKS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No.  4:04-cv-2599-LSC-TMP |
| ) | |
| JOHN ASHCROFT, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER OF DISMISSAL**

The magistrate judge filed his report and recommendation in this cause on April 4, 2006, recommending that this action be dismissed without prejudice.  That same day, petitioner filed his motion for leave to file an "out of time" opposition to the Government's assertion that petitioner himself is delaying his repatriation to Jamaica by means of this habeas challenge to his continued detention.  That motion was granted, and petitioner filed his opposition to the Government's answer on April 7, 2006, and a set of objections to the report and recommendation was filed on April 18, 2006.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the opposition, and the objections to the report and recommendation, the court finds that the magistrate judge's recommendation that this action be dismissed is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is the above-styled cause is hereby DISMISSED WITHOUT PREJUDICE to petitioner filing a new petition if, after the expiration of sixty (60) days

from this date, he remains in ICE custody and appropriate travel documents to Jamaica have not been issued for his repatriation

The Clerk is DIRECTED to mail a copy of the foregoing to the petitioner.

Done this 31st day of July 2006.

                                                 L. SCOTT COOGLER
                                   UNITED STATES DISTRICT JUDGE
                                              124153